**Order entered August 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00759-CV

### FIFTH THIRD BANK, Appellant

### V.

### ERICSSON INC., Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-00127

## ORDER

Before the Court is appellee's August 8, 2019 unopposed motion to enlarge time to file brief. Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than September 3, 2019.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE